# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00735-CV

**In re Lionel D. Murphy Jr.**

### ORIGINAL PROCEEDING FROM TARRANT COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Filed:   December 9, 2008